**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed March 14, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00875-CV

### TRACY B. BROWN, Appellant

### V.

### DISCOVER BANK, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1171608**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 5, 2022. On February 20, 2023, appellant filed a motion to dismiss the appeal "without prejudice." The Texas Rules of Appellate Procedure speak only of dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal." *See* Tex. R. App. P. 42.1. We construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is

granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.